1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT

8                        CENTRAL DISTRICT OF CALIFORNIA

9

10   GEOFFREY MAYNE,                    )        NO.  CV 12-6580-CAS (AGR)
                                        )
11                  Petitioner,         )
                                        )        JUDGMENT
12        v.                            )
                                        )
13   DIRECTOR OF CORRECTIONS,           )
     CDCR,                              )
14                                      )
                    Respondent.         )
15   _____)

16

17        Pursuant to the Order Accepting Findings and Recommendation of United

18   States Magistrate Judge,

19        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

20   prejudice.

21

22   DATED: February 12, 2014       _____
                                              CHRISTINA A. SNYDER
23                                          United States District Judge

24
25
26
27
28